# CITY OF ST. LOUIS, a municipal corporation, et al., Appellants, v. George W. DRAPER et al.

No. 14191.

United States Court of Appeals
Eighth Circuit.

Dec. 12, 1950.

James E. Crowe and John P. McCammon, St. Louis, Mo., for appellants.

Sidney R. Redmond, Henry D. Espy and Robert L. Witherspoon, all of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court, 92 F.Supp. 546, dismissed on dismissal filed by appellants.

---

# Avery CLAFLIN and Philip A. Carroll, as Executors of Irene De Guebriant, Deceased, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 88, Docket 21764.

United States Court of Appeals
Second Circuit.

Argued Jan. 3, 1951.

Decided Jan. 19, 1951.

Shearman & Sterling & Wright and Paul R. Russell, all of New York City (Charles M. Baudinet, New York City, of counsel), for petitioner.

Charles Oliphant, Theron L. Caudle, Washington, D. C., George D. Webster, Washington, D. C., Ellis N. Slack, Sp. Asst. to Atty. Gen., for respondent.

Before L. HAND, Chief Judge, and SWAN and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order reversed and cause remanded for a redetermination of the amount of the tax liability on the authority of Jandorf's Estate v. Commissioner of Internal Revenue, 2 Cir., 171 F.2d 464 and Pennsylvania Company for Banking and Trusts v. United States, 3 Cir., 185 F.2d 125.

---

# Edward Joseph DOHERTY v. UNITED STATES of America.

No. 4088.

United States Court of Appeals
Tenth Circuit.

Dec. 7, 1950.

William N. Goodwin and Bannon, Soule & Krilich, all of Tacoma, Wash., for appellant.

Scott M. Matheson, U. S. Atty., and Bryant H. Croft, Asst. U. S. Atty., Salt Lake City, Utah, for appellee.

Before PHILLIPS, Chief Judge, and HUXMAN, MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed December 7, 1950, on court's own motion.